**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darrell James Hill, | No. CV09-1956-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Premier Healthcare Services, LLC., et al., | |
| Defendants. | |

On June 8, 2010, this Court dismissed Plaintiff's claims against the Secretary of the Treasury and the Commissioner of the Social Security Administration with prejudice. Doc. 30. On July 12, 2010, Plaintiff filed a motion for reconsideration. Doc. 34. Under Local Rule of Civil Procedure 7.2(g)(2), "[a]bsent good cause shown, any motion for reconsideration shall be filed no later than fourteen (14) days after the date of the filing of the Order that is the subject of the motion." Plaintiff's motion is untimely, does not show good cause, and therefore will be denied.

The Court also notes that Plaintiff wrote a lengthy letter to the Court dated June 27-28, 2010. The letter does not appear to have been sent to opposing counsel. The letter takes issue with the Court's decisions and urges the Court to do justice. Such letters are not appropriate. Plaintiff may request relief in this or other cases only by filing a motion in conformity with the federal and local rules of civil procedure.

**IT IS ORDERED** that Plaintiff's motion for reconsideration (Doc. 34) is **denied**.

DATED this 14th day of July, 2010.

*David G. Campbell*
_____
David G. Campbell
United States District Judge